UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Dorotheos K. MAFIDIS and Tatiana Foteini D. MAFIDI, | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil No. 3:10-CV-119 (PCD) |
| | : | |
| SUBWAY INTERNATIONAL B.V., | : | |
| Defendant. | : | |

## ORDER TO SHOW CAUSE

Defendant Subway International B.V. shall file and serve any written opposition with the Clerk of the United States District Court, District of Connecticut at 141 Church Street, New Haven, Connecticut, 06510, on or before November 18, 2010 and thereby show cause why Plaintiff's Application to Vacate Default Arbitration Award [Doc. No. 1] should not be granted.

Plaintiff shall serve this Order and all related papers upon Defendant on or before October 26, 2010.

SO ORDERED.

Dated at New Haven, Connecticut, this __18__ day of October, 2010.

　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　Peter C. Dorsey, U.S. District Judge
　　　　　　　　　　　　　　　　　　United States District Court