# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

In the matter between:

1) Dorotheos K. Mafidis

2) Tatiana Foteini D. Mafidi

1B Pasifais Str.

Vari (Lithouriza)

166 72 Attiki Greece

"Plaintiffs"

Vs.

October 25th, 2010

Subway International B.V

Doctor's Associate Inc.

325 Bic Drive,

Milford, CT 06461 U.S.A

"Defendant"

Case No. 3:10-cv-00119-CSH

To the Honorable Judge Peter C. Dorsey,

In accordance to your Order to Show Cause dated October 18th, 2010, I could not receive the document until October 22, 2010 due to trouble my e-

mail address was facing and with Mrs. Phyllis Malone's (Case Assignment Clerk) help, I was able to receive the document on that date.

By oversight, certificate of service of all documents to the "Defendant" was not in your file. "Plaintiffs" have served the "Defendant" since January 13th, 2010 with all related documents of the case that you have in your possession. The Order to Show Cause was also sent by FedEx to the "Defendant" on October 25th, 2010 (Track No. 8732 3853 5120) and should be received on the 26th of October, the latest October 27th, 2010 in the morning (**Both certifications of service are attached below to confirm the above**).

Thank you.

Regards,
Angie Joan Manolis
On behalf of "Plaintiffs"





Date Sent: Jan. 5th 2010

Date of Arrival of Papers Jan. 27, 2010

# Order to show cause

From: **Phyllis_Malone@ctd.uscourts.gov**
Sent: Fri 10/22/10 7:14 PM
To: ajmanolis@hotmail.com
  1 attachment
  10-119osc.pdf (32.3 KB)

**Phyllis Malone
Case Assignment Clerk,
U.S. District Court Clerk's
Office-New Haven CT
203-773-2140**

**FedEx International Air Waybill**
Express — For shipments originating in Europe, the Middle East, Africa, and the Indian Subcontinent

RETAIN THIS COPY FOR YOUR RECORDS.   Sender's Copy   RRDA   05/10

**1 From** Please print and press hard.
Date: Oct/25th/2010
Sender's FedEx Account Number: 
Sender's Name: ANGIE-JOAN MANOLIS   Phone: 01306934645
Company: ANGIE-JOAN MANOLIS LAW OFFICE
Address: LASKAREOS 48
City: ATHENS   State/Province: ATTIKI
Postal Code: 11472
Country: GREECE
Sender's VAT/TURN Number:

**2 To**
Recipient's Name: SUBWAY INTERNATIONAL BV
Company: FRANCHISE WORLD HEADQUARTERS (TRICIA LEE)
Address: 325 BIC DRIVE
City: MILFORD   State/Province: CONNECTICUT
ZIP/Postal Code: 06461
Country: USA
Recipient's Tax ID Number: 203-874981

**4 Express Package Service**
[X] FedEx Int. Priority

**5 Packaging**
[X] FedEx Envelope

**6 Special Handling**

**7a Payment** Bill transportation charges to:
[X] Sender

**3 Shipment Information**
Total Packages: 1
Total Weight: 0.5 kg
Commodity Description: DOCS
COMPLETE IN ENGLISH

FedEx Tracking Number: 8732 3853 5120

532   0460

Ship and track packages at fedex.com