# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

In the matter between:

1) Dorotheos K. Mafidis

2) Tatiana Foteini D. Mafidi

1B Pasifais Str.

Vari (Lithouriza)

166 72 Attiki Greece

"Plaintiffs"

Vs.

October 25th, 2010

Subway International B.V

Doctor's Associate Inc.

325 Bic Drive,

Milford, CT 06461 U.S.A

"Defendant"

Case No. 3:10-cv-00119-CSH

To the Honorable Judge Peter C. Dorsey,

    In accordance to your Order to Show Cause dated October 18th, 2010, I could not receive the document until October 22, 2010 due to trouble my e-

mail address was facing and with Mrs. Phyllis Malone's (Case Assignment Clerk) help, I was able to receive the document on that date.

By oversight, certificate of service of all documents to the "Defendant" was not in your file. "Plaintiffs" have served the "Defendant" since January 13th, 2010 with all related documents of the case that you have in your possession. The Order to Show Cause was also sent by FedEx to the "Defendant" on October 25th, 2010 (Track No. 8732 3853 5120) and should be received on the 26th of October, the latest October 27th, 2010 in the morning (**Both certifications of service are attached below to confirm the above).**

Thank you.

Regards,
Angie Joan Manolis
On behalf of "Plaintiffs"





Date Sent: Jan. 5th 2010

Date of Arrival of Papers Jan. 27, 2010

# Order to show cause

From: **Phyllis_Malone@ctd.uscourts.gov**
Sent: Fri 10/22/10 7:14 PM
To: ajmanolis@hotmail.com
    1 attachment
    10-119osc.pdf (32.3 KB)

**Phyllis Malone**
**Case Assignment Clerk,**
**U.S. District Court Clerk's**
**Office-New Haven CT**
**203-773-2140**

RETAIN THIS COPY FOR YOUR RECORDS.   RRDA   05/10

**Sender's Copy**

# FedEx International Air Waybill
Express — For shipments originating in Europe, the Middle East, Africa, and the Indian Subcontinent

## 1 From
- **Date:** Oct 195th 2010
- **Sender's FedEx Account Number:** [blank]
- **Sender's Name:** ANGIE-JOAN MANOLIS  **Phone:** 01306934645
- **Company:** ANGIE-JOAN MANOLIS LAW OFFICE
- **Address:** LASKAREOS 48
- **City:** ATHENS  **State/Province:** ATTIKI
- **Postal Code:** 11472
- **Country:** GREECE
- Sender's VAT/TURN Number: [blank]

## 2 To
- **Recipient's Name:** SUBWAY INTERNATIONAL BV (TRICIA LEE)
- **Company:** FRANCHISE WORLD HEADQUARTERS
- **Address:** 325 BIC DRIVE
- **City:** MILFORD  **State/Province:** CONNECTICUT
- **ZIP:** 06461
- **Country:** USA
- **Recipient's Tax ID Number for Customs Purposes:** 903-8774981

## 4 Express Package Service
- [X] FedEx Int. Priority

## 5 Packaging
- [X] FedEx Envelope

## 6 Special Handling
[blank]

## 7a Payment Bill transportation charges to:
- [X] Sender

## 7b Payment Bill duties and taxes to:
[blank]

## 8 Your Internal Billing Reference
OPTIONAL

## 9 Required Signature
[signature]

## 3 Shipment Information
- **Total Packages:** 1
- **Total Weight:** 0.15 kg
- **Commodity Description:** DOCS
- COMPLETE IN ENGLISH

**FedEx Tracking Number:** 8732 3853 5120

532   0460