EXHIBIT " 1,,



### SUBWAY INTERNATIONAL BV • Prinsengracht 13,
### 1015 DK, Amsterdam, The Netherlands

23rd September 2008

D Mafidis
T Foteini-Mafidi
SUBWAY® #41704
Syghrou 22 Kaleshroy 1
Athens, Greece 10563

DHL Recorded Delivery
Tracking number 5805996700

RE: Termination of Franchise Agreement #41704
PREMISES: #41704- Syghrou 22 Kaleshroy 1, Athens, Greece 10563

RE: Termination Notice of Franchise Agreement: Subway International BV. with D Mafidis &
T Foteini-Mafidi, dated 8th July 2008
PREMISES: #41704- Syghrou 22 Kaleshroy 1, Athens, Greece 10563

Dear Sir:

On behalf of Subway International B.V, this letter is to advise you that on 8th July 2008, you were sent a notice of default for
the above mentioned Franchise Agreement. You were given 10 days from the date of your receipt of that notice to cure the
default stated therein. As of this date you have not cured the default. Therefore, your franchise agreement is terminated.

In addition to and without prejudice to any other remedies under the Franchise Agreement, we will
take all appropriate legal measures to protect the interest of Subway International B.V. including
proceeding with Arbitration.

Very truly yours,

Dylan Nicholson
Collection Representative
cc:      Tricia Lee          Kerry White          Carolina Salgado Mellado          Bletas/Bletas

EXHIBIT "2"



## SUBWAY INTERNATIONAL BV • Prinsengracht 13,
### 1015 DK, Amsterdam, The Netherlands

8th July 2008

D Mafidis
T Foteini-Mafidi
SUBWAY® #41704
Syghrou 22 Kaleshroy 1
Athens, Greece 10563

DHL Recorded Delivery
Tracking number 5797715291

RE: Termination of Franchise Agreement #41704
PREMISES: #41704- Syghrou 22 Kaleshroy 1, Athens, Greece 10563

Dear Sir:

On behalf of Subway International B.V, this notice is to advise you that pursuant to Paragraph 8.a of the Franchise Agreement, Subway International B.V you are hereby in default of the above-referenced Franchise Agreement, dated 19th January 2007, because you have failed to comply with Paragraph 2 and Paragraph 5 i.

In Paragraph 2 you agreed to pay to the Company, weekly, a Royalty equal to eight percent (8%) of the gross sales for the sandwich shop which you operate throughout the term of your Agreement. 'Gross sales' means all sales or revenues derived from your location exclusive of sales taxes.

In Paragraph 5 i. you agreed to pay into the Subway Franchisee Advertising Fund Trust. You also agree to be bound by a vote at any time by a two-thirds vote of the total existing franchisees (on the basis of one vote for each operating sandwich shop) to temporarily increase the percentage to allow for additional local advertising.

You have failed to make timely payments of monies due to Subway International B.V as of 8th July 2008, in the following amounts:

| | | |
|---|---|---|
| ROYALTIES: | 11,033.22 | Euros |
| ADVERTISING: | 4,846.11 | Euros |
| TOTAL | 15,879.33 | Euros |

You may cure the default by paying the monies specified in certified funds or official bank check prior to the Tenth (10th) day after your receipt of this notice. Acceptance by Subway International B.V of partial payments is not a waiver of this default. In the event you pay the balance set forth above, this notice remains in effect as long as the delinquent balance remains owing to the company. Partial payments are applied as received, but do not cure the default until all monies owed to the company and its affiliates are paid in full. **In any event, if the default is not cured by the Tenth day after receipt of this notice, your Franchise Agreement will terminate at that time.**

If you do not cure these defaults, you will be responsible for all costs of collection and attorney's fees as set forth in the Franchise Agreement

This notice of default of your Franchise Agreement is separate and apart from any other notices of termination or default, which may exist for any other reason. Please note that I am the only person authorized by Subway International B.V to enter into any arrangements regarding this indebtedness. You may contact me at 0031205317300 extension 320

Very truly yours,

Dylan Nicholson
Collection Representative
cc:      Tricia Lee          Kerry White          Carolina Salgado Mellado          Bletas/Bletas



EXHIBIT "3,



AMERICAN DISPUTE RESOLUTION CENTER

December 11, 2008

Tricia Lee, Esq.
Subway International, B.V.
325 Bic Drive
Milford, CT 06461

Dorotheos K. Mafidis          (Via First Class & Registered Mail)
Tatiani Foteini D. Mafidi
Subway
Syghrou 22 Kaleshroy 1
Athens, GRE 10563

Re:  26-0557-08 L
     Subway International, B.V.
     and
     Dorotheos K. Mafidis & Tatiani Foteini D. Mafidi (Store # 41704)

To the Parties:

This is to confirm, after reviewing Claimant's arbitrator selections, and absent a response
from the Respondent, that Paul P. Nicolai Esq. will serve as the arbitrator in this matter.

In accordance with the UNCITRAL Rules the parties shall submit a set of their Claims
and Defenses in written form with their briefs and their proofs to the opposing party, with
a copy to the ADR Center for distribution to the arbitrator, on or before February 4, 2009.
If the Arbitrator decides that the matter should be handled on a documents only basis, he
may then close the hearings and render an Award.  If not, he will contact the ADR Center
and advise that an oral hearing is to be scheduled.

This is also to confirm receipt of Claimant's Conflict Check List, copy of which will be
forwarded to the arbitrator for his review.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

Laura McNaughton
Case Manager

EXHIBIT "4,"

# SUBWAY

**SUBWAY INTERNATIONAL B.V.** • Prinsengracht 13 *
1015 DK • Amsterdam • The Netherlands
Telephone: +31-20-531-7300
Fax: +31-20-531-7301

November 4, 2008
VIA Fed-Ex 9770 7106 9089

Dorotheos K. Mafidis
Tatiani Foteini D. Mafidi
SUBWAY® 41704
Syghrou 22 Kaleshroy 1
Athens, GRE   10563

RE: NOTICE OF ARBITRATION: SIBV V: Dorotheos K. Mafidis and Tatiani Foteini D. Mafidi
Subway® Store #41704 – Syghrou 22 Kaleshroy 1   Athens, GRE   10563

Dear Dorotheos Mafidis and Tatiani Foteini Mafidi;

Enclosed please find a Demand for Arbitration for your Franchise Agreement dated January 19, 2007.
This has been sent to the American Dispute Resolution Center on November 4, 2008.

If you have any questions please contact your Collection Representative, Dylan Nicholson,  at 3120-531-7300 extension 5377.

Sincerely,

Tricia Lee
Attorney
Legal Department

TL/pf
Enclosures

cc : Bletas/Bletas(Development Agent's)via E-Mail
cc:  ADRC via Fedex #9770 7106 9104

Subway International (SIBV), a Netherlands limited liability corporation, acts as a franchisor for the SUBWAY® sandwich shops in Greece.   SIBV has a service contract with Doctor's Associates Inc., which is also the trademark holder of the word SUBWAY® in Greece and in other international venues.  As part of the service contracting arrangement, Doctor's Associates Inc. provides certain service, including legal services on behalf of SIBV.

All correspondence should be directed to:
Doctors Associates Inc.- Collection Department
325 Bic Drive, Milford CT 06460 USA
Phone: 203-877-4281 FAX: 203-876-6678

# American Dispute Resolution Center, Inc.

EXHIBIT "5"

## Demand for Arbitration Form

### UNCITRAL RULES

Date:  November 4, 2008

Respondent: Name:  Dorotheos K. Mafidis and Tatiani Foteini D. Mafidi

Type of Business or Occupation:  **Subway® Store #41704**

Address  Syghrou 22 Kaleshroy 1

City, State & Zip Code  Athens,  GRE 10563

Telephone:  011 306 974 581 220

Name of Attorney or Representative _____

Name of Firm or Company _____

Address _____

City, State & Zip Code _____

Telephone ( ) _____ Fax ( ) _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Claimant:  Name  **SUBWAY INTERNATIONAL  B.V.**

Type of Business or Occupation:  **Franchisor of Sandwich Shop**

Address  **325 Bic Drive**

City, State & Zip Code  **Milford, CT  06460**

Telephone **(203)- 877-4281**   Fax **(203)-876-6678**

Name of Attorney or Representative :  **Tricia Lee**

Name of Firm or Company :  **DOCTOR'S ASSOCIATES INC.**

Address  **325 Bic Drive**

City, State or Company  **Milford, CT  06460**

Telephone (203)  877-4281   Fax (203)  876-6678

Claimant is a party to a written contract containing an arbitration agreement, dated January 19, 2007, which provides for arbitration under the rules of **American Dispute Resolution Center, Inc.**, is demanding arbitration as stated below. **SEE SCHEDULE "A" (par. 10.c. )**

Nature of the Dispute: **(SEE ATTACHED)**

Amount of Claim or Relief Sought: **(SEE ATTACHED)**

Location of Hearing:  **New York, New York USA**

Signed: _____ Title: **Attorney**(Claimant)
         Tricia Lee

In order to initiate the arbitration, Claimant must submit a copy of the contact and two copies of the demand with the proper filing fee, which is listed in the rules, to the ADRC.  Send the original demand form to the Respondent.

Agreed Upon Rules of Procedure:   ☐ ADRC   ☐ Other: _____

If the Claimant is interested in submitting this matter to mediation, please indicate by marking a check here ☐.  The ADRC will contact the Respondent(s) to determine if they would agree to attempt mediation prior to arbitration.

ΑΝΤΖΗ ΙΩΑΝΝΑ ΜΑΝΩΛΗ

EXHIBIT "6"

**Από:**     "Panayota Bleta" <bletas_p@hol.gr>
**Προς:**     <ajmanoli@otenet.gr>
**Αποστολή:**   Πέμπτη, 8 Οκτωβρίου 2009 10:47 πμ
**Θέμα:**     Fw: RE: store#41704

----- Original Message -----
**From:** Panayota Bleta
**To:** dorotheos mafidis
**Sent:** Wednesday, October 07, 2009 1:06 PM
**Subject:** Re: RE: store#41704

*Xanasteile tis*

----- Original Message -----
**From:** dorotheos mafidis
**To:** Panayota Bleta
**Sent:** Tuesday, October 06, 2009 4:29 PM
**Subject:** Fw: RE: store#41704

Giota, exei arxisei na me ekneurizei auti i Lee

--- Στις **Τρίτ., 06/10/09, ο/η Tricia Lee** <*lee_t@subway.com*> έγραψε:

Από: Tricia Lee <lee_t@subway.com>
Θέμα: RE: store#41704
Προς: "'dorotheos mafidis'" <mafdoros@yahoo.gr>, demarais_p@subway.com
Ημερομηνία: Τρίτη, 6 Οκτώβριος 2009, 13:55

The case number is the only one I have for this arbitration. It is the one assigned by the arbitration agency.

As you have an attorney, I cannot discuss this litigation with you directly. Please have your attorney contact me with any questions concerning the matter.

Tricia Lee

**From:** dorotheos mafidis [mailto:mafdoros@yahoo.gr]
**Sent:** Tuesday, October 06, 2009 5:54 AM
**To:** Tricia Lee; demarais_p@subway.com
**Cc:** mafdoros@yahoo.gr
**Subject:** store#41704

Dear Lee,

First of all thank you for your prompt answer.

Second, my lawyer contacted the arbitration department with the case nr below (26-0557-08 L) and they informed her that this is not the correct one. Can you please doublecheck?

Please send me all the records and files concerning my case and the correct case number. My lawyer needs to be updated. What was the award that was decided?

Please inform me...


Regards,

Tatiana Mafidi



--- Στις Πέμ., 01/10/09, ο/η Tricia Lee <*lee_t@subway.com*> έγραψε:

Από: Tricia Lee <lee_t@subway.com>
Θέμα: RE: store#41704
Προς: "'dorotheos mafidis'" <mafdoros@yahoo.gr>, demarais_p@subway.com
Ημερομηνία: Πέμπτη, 1 Οκτώβριος 2009, 14:35


On August 28th I was copied on the attached email from you to Pat Demarais. There was no request in this email. That was the only email I received from you until your email of today☐s date. As Pat Demarais advised you, there is no arbitration matter pending. An award was received and your franchise was terminated.

The case number was 26-0557-08 L

Tricia Lee


**From:** dorotheos mafidis [mailto:mafdoros@yahoo.gr]
**Sent:** Thursday, October 01, 2009 5:09 AM
**To:** lee_t@subway.com; demarais_p@subway.com
**Cc:** mafdoros@yahoo.gr
**Subject:** store#41704

Dear Lee,


I have sent you on 28th of August an email asking you to send me the documents refering to my store's case. Today is the 1st of October and still i haven't got any answer whatsoever from you.

Please send me my file number asap because i would like to contact myself the arbitration center and they are asking for it.

8/10/2009

I expect an immediate answer to that.


Regards,

Tatiana Mafidi


Χρησιμοποιείτε Yahoo!;
Βαρεθήκατε τα ενοχλητικά μηνύματα (spam); Το Yahoo! Mail διαθέτει την καλύτερη δυνατή
προστασία κατά των ενοχλητικών μηνυμάτων
http://mail.yahoo.gr

Click here to report this email as spam.


Χρησιμοποιείτε Yahoo!
Βαρεθήκατε τα ενοχλητικά μηνύ ματα (spam); Το Yahoo! Mail διαθέτει την καλύτερη δυνατή
προστασία κατά των ενοχλητικών μηνυμάτων
http://login.yahoo.com/config/mail?.intl=gr


Χρησιμοποιείτε Yahoo!;
Βαρεθήκατε τα ενοχλητικά μηνύματα (spam); Το Yahoo! Mail διαθέτει την καλύτερη δυνατή
προστασία κατά των ενοχλητικών μηνυμάτων
http://mail.yahoo.gr


_____ Information from ESET NOD32 Antivirus, version of virus signature database 4270
(20090723) _____

The message was checked by ESET NOD32 Antivirus.

http://www.eset.com


No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.421 / Virus Database: 270.14.7/2422 - Release Date: 10/08/09 06:39:00

Σελίδα 1 από 2

EXHIBIT " F."

## ΑΝΤΖΗ ΙΩΑΝΝΑ ΜΑΝΩΛΗ

| | |
|---|---|
| **Από:** | "dorotheos mafidis" <mafdoros@yahoo.gr> |
| **Προς:** | <ajmanoli@otenet.gr> |
| **Αποστολή:** | Παρασκευή, 2 Οκτωβρίου 2009 8:59 πμ |
| **Επισύναψη:** | Lawsuit(41704).docx |
| **Θέμα:** | FW: 41704 |

--- Στις **Τετ., 26/08/09, ο/η Patricia Demarais <demarais_p@subway.com>** έγραψε:

Από: Patricia Demarais <demarais_p@subway.com>
Θέμα: FW: 41704
Προς: "'dorotheos mafidis'" <mafdoros@yahoo.gr>
Κοιν.: lee_t@subway.com   ◄
Ημερομηνία: Τετάρτη, 26 Αύγουστος 2009, 0:44

Dear Tatiana Mafidi and Doros Mafidis

In researching the status of your store 41704 which closed November 3, 2008, I found that the
arbitration hearing took place. The result was an award for damages in favor of the company and
your franchise was subsequently terminated. If you wish to discuss this action you can contact our
attorney Tricia Lee in Collections who handled the proceedings.

Regards,

Pat

Patricia Demarais
Director of International
Subway World Headquarters
325 Bic Drive
Milford , CT U.S. 06460
Phone: 203-877-4281 Ext. 1410
FAX: 203-783-7410
Email: demarais_p@subway.com

The information contained in this e-mail and attachments, if any, is confidential and may be subject to legal privilege. If you are not the intended
recipient, you must not use, copy, distribute or disclose the e-mail and its attachment, or any part of its content or take any action in reliance of it. If
you have received this e-mail in error, please e-mail the message back to the sender by replying and then deleting it. We cannot accept
responsibility for loss or damage arising from the use of this e-mail or attachments, and recommend that you subject these to your virus checking
procedures prior to use. Thank you.

**From:** dorotheos mafidis [mailto:mafdoros@yahoo.gr]
**Sent:** Saturday, August 08, 2009 12:28 PM
**To:** demarais_p@subway.com
**Cc:** deluca_f@subway.com
**Subject:** 41704

21/12/2009

Χρησιμοποιείτε Yahoo!
Βαρεθήκατε τα ενοχλητικά μηνύ ματα (spam); To Yahoo! Mail διαθέτει την καλύτερη δυνατή
προστασία κατά των ενοχλητικών μηνυμάτων
http://login.yahoo..com/config/mail?.intl=gr

Click here to report this email as spam.

Χρησιμοποιείτε Yahoo!
Βαρεθήκατε τα ενοχλητικά μηνύ ματα (spam); To Yahoo! Mail διαθέτει την καλύτερη δυνατή προστασία κατά
των ενοχλητικών μηνυμάτων
http://login.yahoo.com/config/mail?.intl=gr

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.420 / Virus Database: 270.14.3/2409 - Release Date: 10/02/09 06:46:00

21/12/2009

EXHIBIT 8

## ΑΝΤΖΗ ΙΩΑΝΝΑ ΜΑΝΩΛΗ

| | |
|---|---|
| **Από:** | "dorotheos mafidis" <mafdoros@yahoo.gr> |
| **Προς:** | <ajmanoli@otenet.gr> |
| **Αποστολή:** | Παρασκευή, 2 Οκτωβρίου 2009 9:02 πμ |
| **Επισύναψη:** | Re_ FW_ 41704.eml |
| **Θέμα:** | Fw: RE: store#41704 |

--- Στις **Πέμ., 01/10/09**, ο/η Tricia Lee <*lee_t@subway.com*> έγραψε:

Από: Tricia Lee <lee_t@subway.com>
Θέμα: RE: store#41704
Προς: "'dorotheos mafidis'" <mafdoros@yahoo.gr>, demarais_p@subway.com
Ημερομηνία: Πέμπτη, 1 Οκτώβριος 2009, 14:35

On August 28th I was copied on the attached email from you to Pat Demarais. There was
no request in this email. That was the only email I received from you until your email of
today□s date. As Pat Demarais advised you, there is no arbitration matter pending. An
award was received and your franchise was terminated.

The case number was 26-0557-08 L

Tricia Lee

**From:** dorotheos mafidis [mailto:mafdoros@yahoo.gr]
**Sent:** Thursday, October 01, 2009 5:09 AM
**To:** lee_t@subway.com; demarais_p@subway.com
**Cc:** mafdoros@yahoo.gr
**Subject:** store#41704

Dear Lee,

I have sent you on 28th of August an email asking you to send me the documents refering to
my store's case. Today is the 1st of October and still i haven't got any answer whatsoever
from you.

Please send me my file number asap because i would like to contact myself the arbitration
center and they are asking for it.

I expect an immediate answer to that.

Regards,

Tatiana Mafidi

---

Χρησιμοποιείτε Yahoo!;
Βαρεθήκατε τα ενοχλητικά μηνύματα (spam); Το Yahoo! Mail διαθέτει την καλύτερη δυνατή
προστασία κατά των ενοχλητικών μηνυμάτων
http://mail.yahoo.gr

Click here to report this email as spam.

---

Χρησιμοποιείτε Yahoo!;
Βαρεθήκατε τα ενοχλητικά μηνύματα (spam); Το Yahoo! Mail διαθέτει την καλύτερη δυνατή
προστασία κατά των ενοχλητικών μηνυμάτων
http://mail.yahoo.gr

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.420 / Virus Database: 270.14.3/2409 - Release Date: 10/02/09 06:46:00

EXHIBIT 9

## ΑΝΤΖΗ ΙΩΑΝΝΑ ΜΑΝΩΛΗ

| | |
|---|---|
| **Από:** | "dorotheos mafidis" <mafdoros@yahoo.gr> |
| **Προς:** | <ajmanoli@otenet.gr> |
| **Αποστολή:** | Παρασκευή, 2 Οκτωβρίου 2009 9:02 πμ |
| **Θέμα:** | Fw: store#41704 |

--- Στις **Πέμ., 01/10/09, ο/η dorotheos mafidis <*mafdoros@yahoo.gr*>** έγραψε:

Από: dorotheos mafidis <mafdoros@yahoo.gr>
Θέμα: store#41704
Προς: lee_t@subway.com, demarais_p@subway.com
Κοιν.: mafdoros@yahoo.gr
Ημερομηνία: Πέμπτη, 1 Οκτώβριος 2009, 12:08

Dear Lee,

I have sent you on 28th of August an email asking you to send me the documents refering to my store's case. Today is the 1st of October and still i haven't got any answer whatsoever from you.
Please send me my file number asap because i would like to contact myself the arbitration center and they are asking for it.

I expect an immediate answer to that.

Regards,
Tatiana Mafidi

---

Χρησιμοποιείτε Yahoo!;
Βαρεθήκατε τα ενοχλητικά μηνύματα (spam); Το Yahoo! Mail διαθέτει την καλύτερη δυνατή προστασία κατά των ενοχλητικών μηνυμάτων
http://mail.yahoo.gr

---

Χρησιμοποιείτε Yahoo!;
Βαρεθήκατε τα ενοχλητικά μηνύματα (spam); Το Yahoo! Mail διαθέτει την καλύτερη δυνατή προστασία κατά των ενοχλητικών μηνυμάτων
http://mail.yahoo.gr

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.420 / Virus Database: 270.14.3/2409 - Release Date: 10/02/09 06:46:00

18/12/2009

EXHIBIT  10.

## ΑΝΤΖΗ ΙΩΑΝΝΑ ΜΑΝΩΛΗ

| | |
|---|---|
| **Από:** | "Panayota Bleta" <bletas_p@hol.gr> |
| **Προς:** | <ajmanoli@otenet.gr> |
| **Αποστολή:** | Τρίτη, 6 Οκτωβρίου 2009 2:03 μμ |
| **Θέμα:** | Fw: store#41704 |

----- Original Message -----
**From:** dorotheos mafidis
**To:** Panayota Bleta
**Sent:** Tuesday, October 06, 2009 12:55 PM
**Subject:** Fw: store#41704


Giota kalimera,

Auto to email tous esteila k perimeno apantisi.
Episis prospatho na epikoinoniso me tin Atzu apo tin Paraskeui k  dn mporo...
Anyway tha ti ksanaparo k smr meta ti douleia!

Filakia!
Tatiana
--- Στις **Τρίτ., 06/10/09, ο/η dorotheos mafidis <*mafdoros@yahoo.gr*> έγραψε:**

> Από: dorotheos mafidis <mafdoros@yahoo.gr>
> Θέμα: store#41704
> Προς: "Tricia Lee" <lee_t@subway.com>, demarais_p@subway.com
> Κοιν.: mafdoros@yahoo.gr
> Ημερομηνία: Τρίτη, 6 Οκτώβριος 2009, 12:53
>
> Dear Lee,
>
> First of all thank you for your prompt answer.
> Second, my lawyer contacted the arbitration department with the case nr below (26-0557-08
> L) and they informed her that this is not the correct one. Can you please doublecheck?
> Please send me all the records and files concerning my case and the correct case number. My
> lawyer needs to be updated. What was the award that was decided?
> Please inform me...
>
> Regards,
> Tatiana Mafidi
>
>
> --- Στις **Πέμ., 01/10/09, ο/η Tricia Lee <*lee_t@subway.com*> έγραψε:**
>
> > Από: Tricia Lee <lee_t@subway.com>
> > Θέμα: RE: store#41704
> > Προς: "'dorotheos mafidis'" <mafdoros@yahoo.gr>, demarais_p@subway.com
> > Ημερομηνία: Πέμπτη, 1 Οκτώβριος 2009, 14:35

On August 28th I was copied on the attached email from you to Pat Demarais. There was no request in this email. That was the only email I received from you until your email of today□s date. As Pat Demarais advised you, there is no arbitration matter pending. An award was received and your franchise was terminated.

The case number was 26-0557-08 L

Tricia Lee

**From:** dorotheos mafidis [mailto:mafdoros@yahoo.gr]
**Sent:** Thursday, October 01, 2009 5:09 AM
**To:** lee_t@subway.com; demarais_p@subway.com
**Cc:** mafdoros@yahoo.gr
**Subject:** store#41704

Dear Lee,

I have sent you on 28th of August an email asking you to send me the documents refering to my store's case. Today is the 1st of October and still i haven't got any answer whatsoever from you.

Please send me my file number asap because i would like to contact myself the arbitration center and they are asking for it.

I expect an immediate answer to that.

Regards,

Tatiana Mafidi

Χρησιμοποιείτε Yahoo!;
Βαρεθήκατε τα ενοχλητικά μηνύματα (spam); Το Yahoo! Mail διαθέτει την καλύτερη δυνατή προστασία κατά των ενοχλητικών μηνυμάτων
http://mail.yahoo.gr

Click here to report this email as spam.

Χρησιμοποιείτε Yahoo!
Βαρεθήκατε τα ενοχλητικά μηνύ ματα (spam); Το Yahoo! Mail διαθέτει την καλύτερη δυνατή προστασία κατά των ενοχλητικών μηνυμάτων
http://login.yahoo.com/config/mail?.intl=gr

Χρησιμοποιείτε Yahoo!
Βαρεθήκατε τα ενοχλητικά μηνύ ματα (spam); Το Yahoo! Mail διαθέτει την καλύτερη δυνατή προστασία κατά
των ενοχλητικών μηνυμάτων
http://login.yahoo.com/config/mail?.intl=gr

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.420 / Virus Database: 270.14.4/2417 - Release Date: 10/06/09 06:50:00

EXHIBIT "11"

## ΑΝΤΖΗ ΙΩΑΝΝΑ ΜΑΝΩΛΗ

| | |
|---|---|
| **Από:** | "Tricia Lee" <lee_t@subway.com> |
| **Προς:** | ""????? ?O???? ???O??"" <ajmanoli@otenet.gr> |
| **Αποστολή:** | Δευτέρα, 19 Οκτωβρίου 2009 9:56 μμ |
| **Επισύναψη:** | award Mafidis 41704.pdf |
| **Θέμα:** | RE: RE: store#41704 |

The arbitration was administered by the American Dispute Resolution Center. Attached is the copy of the award.  Your clients breached the franchise agreement by failing to pay royalties and advertising charges due under the franchise agreement. The evidence  submitted in the arbitration proceedings explains in these defaults in detail. Your clients were sent their copy of that evidence at the time of the arbitration.
Tricia Lee

**From:** ????? ?O???? ???O?? [mailto:ajmanoli@otenet.gr]
**Sent:** Monday, October 19, 2009 3:01 PM
**To:** lee_t@subway.com
**Subject:** Fw: RE: store#41704


Goodafternoon,

My name is Angie-Joanna Manolis, Attorney At Law, and I am representing Tatiana Mafidis

and Doros Mafidis, who owned Subway Store No 41704 in Athens Greece.

Please inform me in detail what happened with my client's case.

Subway told her it went to Arbitration and award was issued.

If by tomorrow and no later than tomorrow I have no respond from you, I will proceed legally

against Subway on behalf of my client's and I will contact your Bar Association for improper

behavior.

**P.S.** I have also contacted the American Arbitration Association and they do not find anything

listed under the file case number you gave her.

Regards,

Angie-Joanna Manolis




----- Original Message -----
**From:** dorotheos mafidis
**To:** ajmanoli@otenet.gr
**Sent:** Friday, October 02, 2009 10:02 AM
**Subject:** Fw: RE: store#41704

17/11/2010

--- Στις **Πέμ., 01/10/09, o/η Tricia Lee <_lee_t@subway.com_>** έγραψε:

Από: Tricia Lee <lee_t@subway.com>
Θέμα: RE: store#41704
Προς: "'dorotheos mafidis'" <mafdoros@yahoo.gr>, demarais_p@subway.com
Ημερομηνία: Πέμπτη, 1 Οκτώβριος 2009, 14:35

On August 28th I was copied on the attached email from you to Pat Demarais. There was no
request in this email. That was the only email I received from you until your email of today's
date. As Pat Demarais advised you, there is no arbitration matter pending. An award was
received and your franchise was terminated.
The case number was 26-0557-08 L

Tricia Lee

**From:** dorotheos mafidis [mailto:mafdoros@yahoo.gr]
**Sent:** Thursday, October 01, 2009 5:09 AM
**To:** lee_t@subway.com; demarais_p@subway.com
**Cc:** mafdoros@yahoo.gr
**Subject:** store#41704

Dear Lee,

I have sent you on 28th of August an email asking you to send me the documents refering to my
store's case. Today is the 1st of October and still i haven't got any answer whatsoever from you.
Please send me my file number asap because i would like to contact myself the arbitration center
and they are asking for it.

I expect an immediate answer to that.

Regards,
Tatiana Mafidi

_____
Χρησιμοποιείτε Yahoo!;
Βαρεθήκατε τα ενοχλητικά μηνύματα (spam); Το Yahoo! Mail διαθέτει την καλύτερη δυνατή προστασία
κατά των ενοχλητικών μηνυμάτων
http://mail.yahoo.gr

                    Click here to report this email as spam.

_____
Χρησιμοποιείτε Yahoo!;
Βαρεθήκατε τα ενοχλητικά μηνύματα (spam); Το Yahoo! Mail διαθέτει την καλύτερη δυνατή
προστασία κατά των ενοχλητικών μηνυμάτων
http://mail.yahoo.gr


No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.420 / Virus Database: 270.14.3/2409 - Release Date: 10/02/09 06:46:00

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.422 / Virus Database: 270.14.21/2445 - Release Date: 10/19/09 06:40:00

EXHIBIT "12;



### ADR ‖ CENTER
#### AMERICAN DISPUTE RESOLUTION CENTER

**CBA Law Center**
**30 Bank Street**
New Britain, CT 06051
Telephone: (860) 832-8060
Fax: (860) 223-1846
www.adrcenter.net

# FAX

**Number of Pages:** _____
(Including Cover Sheet)

**Date:** ___3/10/09_____

**To:** _____     **Fax:** _____

**To:** ___Fran Piotrowski_____     **Fax:** _____

**To:** _____     **Fax:** _____

**Cc:** _____     **Fax:** _____

**From:** __Laura McNaughton_____     **Fax:** ___(860)-223-1846___

**Re:** __Subway Int'l BV vs Mafidis (Store #41704) – Case #26-557-08L__

☐ Urgent  ☐ For Review  ☐ Reply  ☐ Please Comment  ☐ Please Recycle

Comments:

Fran...as we discussed on the phone, I received the Registered Letter I sent respondent dated 2/12/09 with the award and it was returned to our office but I don't know why because the reason is in Greek and the post office couldn't even help me decipher it. You requested I fax the award to you, you then would email it to the Respondents for proof of receipt. The award is enclosed. Call me if you have any questions.

February 12, 2009

Tricia Lee, Esq.
Subway International, B.V.
325 Bic Drive
Milford, CT 06461

Dorotheos K. Mafidis          (Via First Class & Registered Mail)
Tatiani Foteini D. Mafidi
Subway
Syghrou 22 Kaleshroy 1
Athens, GRE 10563

Re:  26-0557-08 L
     Subway International, B.V.
     and
     Dorotheos K. Mafidis & Tatiani Foteini D. Mafidi (Store # 41704)

To the Parties:

In accordance with the Rules, and by direction of the Arbitrator, the hearings are declared closed and enclosed for the parties is the duly executed Arbitration Award, signed by Arbitrator Nicolai for the above entitled matter.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

Laura McNaughton
Case Manager



American Dispute Resolution Center, Inc.
CBA Law Center
30 Bank Street, 3rd Floor
New Britain, CT 06051

FROM

Dorotheos K. Mafidis
Tatiani Foteini D. Mafidi
GR Greece Subway
Syghrou 22 Kaleshroy 1
Athens, GRE 10563

TO



ADRCENTER

EXHIBIT "13,

## INTRODUCTION

Subway International B.V., the Claimant (herein SIBV), a Netherlands limited liability corporation, acts as a franchisor for the SUBWAY® sandwich shops in the Netherlands under a licensing agreement with its affiliate, Doctor's Associates Inc.. Doctor's Associates Inc. owns the trade name and service mark Subway®, recipes, formulas, food preparation procedures, business methods, business forms and business policies. SIBV also has a service contract with Doctor's Associates Inc. As part of the service contracting arrangement, Doctors Associates Inc. provides certain service, including legal services on behalf of SIBV.

On January 19, 2007, the Respondents, Dorotheos K. Mafidis and Tatiani Foteini D. Mafidi (herein "Respondents"), executed Subway® Franchise Agreement #41704 with SIBV. (SIBV Exhibit 2). On June 20, 2007, the Respondents opened Subway® Store# 41704 located at Syghrou 22 Kaleshroy 1 Athens Greece 10563. (SIBV Exhibit 3).

The Agreement requires the Respondents pay to SIBV, via electronic funds transfer, a weekly Royalty of 8% and weekly Advertising fees of 4.5%. These are percentages of weekly sales after sales tax. (SIBV Exhibit 2, paragraphs 2 and 5i). These amounts are calculated from the weekly sales figures provided by the Respondents. The Respondents are obligated to use the "POS" system, which is an application contained within the Respondents' Cash Register that electronically mails the Respondents' sales information each week to SIBV. (SIBV Exhibit 2, paragraph 5f). The Respondents must send in written back up called the Weekly Inventory and Sales Report (WISR) by Saturday of the following week. (SIBV Exhibit 2, Paragraph 5f). Explanation and instructions concerning the WISRS are found in the Operations Manual. (SIBV Exhibit 8, Chapter 2).

The Agreement provides that SIBV may charge interest on all past due amounts. (SIBV Exhibit 2, paragraph 11f.). The Agreement also provides that SIBV shall be reimbursed by the Respondents for all costs incurred in the collection of delinquent amounts due SIBV by the Respondents. (SIBV Exhibit 2, paragraph 10.o.).

## MONETARY ISSUES

The Respondents have breached the Franchise Agreement by failing to pay the required Royalty and Advertising fees. (SIBV Exhibit 2, paragraphs 2, 5i, and Affidavit of Dylan Nicholson).

Under the terms of the Franchise Agreement (SIBV Exhibit 2), the Franchisee is required to open a direct debit account, when it is available in the country where the store is located, and give SIBV authorization to electronically draft the weekly royalty, advertising and miscellaneous invoices from that account. The Respondents opened their account on the February 6, 2007. However, they never funded or provided the required authority to the bank for SIBV to obtain the royalties and advertising fees from that account. (SIBV Exhibit 4 and Affidavit of Dylan Nicholson).

When the Respondents' accounts first became delinquent, the Respondents were contacted concerning the delinquencies, in accordance with the Collection Department policy and procedure. (Affidavit of Dylan Nicholson). After failing to obtain the money due by this method, a notice of default for non-payment of royalty and advertising fees was mailed to the

Respondents on July 8, 2008, as required by the Franchise Agreement, paragraph 8a. (SIBV Exhibit 2, Exhibit 7 a. and Affidavit of Dylan Nicholson). This notice, sent via DHL Currier gave the Respondents 10 (ten) days in which to bring their accounts current. A notice of failure to cure the default was mailed to the Respondents on September 23, 2008. (SIBV Exhibit 7 b. and Affidavit of Dylan Nicholson). The defaults have never been cured and the Arbitration was filed on November 4, 2008. (SIBV Exhibit 1 and Affidavit of Dylan Nicholson).

Dylan Nicholson performed an analysis on the Respondents' accounts to ascertain what amounts were owed. In preparing the analysis for the royalty and advertising accounts, the quarterly sales ledger reports for Store #41704 were used. (SIBV Exhibit 5 and Affidavit of Dylan Nicholson). This report is a record of the royalty and advertising fee accounts for each 13-week period of the year. This record is available back to the date the store opened. Copies of the quarterly ledgers are sent to the Respondents each quarter. The invoices generated by SIBV for charges made against the Respondents' accounts were used in the analysis. (SIBV Exhibit 6 and Affidavit of Dylan Nicholson)

Using the quarterly ledgers, we looked for the point where the accounts first became delinquent. Each category of items appearing on the ledgers is added up. These categories include the royalty and advertising fees due, the payments recorded and each category of invoice. Using the Accounting Department records of the misc. invoices (invoice edit lists and actual invoices), it was determined what category each charge fell in; returned items, finance charges, sales corrections, purchases, etc. (SIBV Exhibit 5, Exhibit 6 and Affidavit of Dylan Nicholson). Once everything was broken down by category and totaled, the categories were added or subtracted and the results were verified to the computer balances.

The Respondents spoke to Dylan on June 2, 2008 with regards paying the amounts then due. They discussed and agreed upon a payment plan which included a down payment and weekly payments. The payment plan was mailed to the Respondents. However, the Respondents never returned the signed payment plan and the down payment agreed . After the notice of default letter was mailed to the Respondents in July 2008, they again contacted Dylan and requested another opportunity for a payment plan. The Respondents and Dylan agreed to a new schedule of payments and a new down payment. On July 15, 2008, Dylan sent another payment plan to the Respondents. However, the Respondents, again, did not return the payment plan or down payment. The Respondents did not make payments toward the delinquent balances due nor did they make any of the weekly payments due, so the delinquent balance continued to accrue. Consequently, the arbitration was filed. (SIBV Exhibit 1 and Affidavit of Dylan Nicholson).

The Respondents' Subway® Store #41704 closed on November 3, 2008 because it is a seasonal location. (SIBV Exhibit 5 and Exhibit 6 and Affidavit of Dylan Nicholson).

The Respondents have not cured the defaults. They currently owe $19,286.27 US Dollars (14,642.13-Euros) for Royalties and $8,391.05 US Dollars (6,370.48-Euros) for Advertising fees, for a total due in the amount of $27,677.32 US Dollars (21,012.61-Euros). (SIBV Exhibit 5 and Affidavit of Dylan Nicholson). **(Total due does not include Arbitrator compensation).**

## CONCLUSION

SIBV has, over many years, developed a body of knowledge concerning the operation of Subway® Stores. It has developed, at great expense and effort, formulas, food preparation procedures, recipes, and business methods and policies, which have made it a very successful franchise enterprise. The sole consideration paid to SIBV, by the Franchisees, for the use of its trademark, body of knowledge, polices and procedures are the weekly royalty payment of 8% of weekly sales. The 4.5% advertising fee is paid to The Subway Franchisee Advertising Fund Trust, which is controlled by the Franchisees for advertising for the benefit of all the Franchisees.

The Respondents have violated the terms of their Franchise Agreement with the Claimant. They have failed to pay the royalty and advertising fees due under the Agreement. Under the terms of the Agreement, the Claimant is entitled to termination of the Franchise Agreement for Subway® Store #41704, all monies now due including all costs associated with the collection of said money due and other relief as the Claimant is entitled to under the terms of the Franchise Agreement. The Claimant requests the Arbitrator render an award in accordance with the proposed Order annexed hereto.

Respectfully Submitted,

Tricia Lee
Attorney for the Claimant

3



## SUBWAY INTERNATIONAL BV • Prinsengracht 13, 1015 DK, Amsterdam, The Netherlands

February 4, 2009
VIA Fed-Ex
977071076930

Dorotheos K. Mafidis
Tatiani Foteini D. Mafidi
Subway®Store#41704
Kaleshroy 1 Syghrou 22
Athens, Greece   10563

RE: ARBITRATION: SIBV V: Dorotheos K. Mafidis and Tatiani Foteini D. Mafidi
Subway® Store #41704 - Kaleshroy 1 Syghrou 22    Athens, GRE   10563

**CASE# 26-0557-08 L**

Dear Dorotheos K. Mafidis and Tatiani Foteini D. Mafidi;

Enclosed please find the evidence package the Claimant intends to present via submission of documents for a hearing scheduled for Wednesday, February 4, 2009.    The Claimant reserves the right to submit additional evidence as needed for rebuttal.  Arbitrator: Paul P. Nicolai, Esq.

Sincerely,

Tricia Lee
Attorney
Legal Department
Lee_T@subway.com

TL/fcp
Enclosures

cc:  ADRC via Fed-Ex – 977071076920 – (Attn:  Laura McNaughton - Case Mgr.)

All correspondence should be directed to:
Doctors Associates Inc.- Collection Department
325 Bic Drive, Milford CT 06460 USA
Phone:  203-877-4281 FAX: 203-876-6678

EXHIBIT '15'



Date Sent
Jan 8th 2010

Date of Arrival
of Papers
Jan 13th 2010

EXHIBIT 4 16,

Joe NADKE
8e 200 US
8q 10,000 US

FRANCHISE   41704

DATE EXECUTED   1/19/2007

10 0

# FRANCHISE AGREEMENT

## SUBWAY INTERNATIONAL B.V.

with

Dorotheos K. Mafidis

Tatiani Foteini D. Mafidi

SIBV 10/06

**11.  OBLIGATION OF THE PARTIES.**  The parties also agree as follows:

a.  You are, and will at all times be identified as, a natural person and an independent contractor.  You are not our agent, partner, or employee.  This Agreement does not create a partnership, joint venture, agency, or fiduciary relationship.

b.  All or any part of your rights and privileges under this Agreement will return to us if for any reason you abandon, surrender, or suffer revocation of your rights and privileges.

c.  If, for any reason, any court, agency, or tribunal with valid jurisdiction in a proceeding to which we are a party, decides in a final, non-appealable ruling, that a portion of this Agreement is contrary to, or in conflict with any applicable present or future law, rule, or regulation, after giving such portion the broadest legal interpretation possible, then that portion will be invalid and severable.  The remainder of this Agreement will not be affected and will continue to be given full force and effect if removing the invalid portion does not change the intent of this Agreement.  Any invalid portion will be deemed not to be a part of this Agreement as of the date the ruling becomes final if you are a party to the proceedings, or upon your receipt of notice of nonenforcement from us.  If removing the invalid portion does change the intent of this Agreement, the parties agree to amend that portion to conform to applicable law and keep the intent of this Agreement.  If the parties cannot amend this Agreement to maintain the intent, we may, at our option, cancel this Agreement immediately without any obligation or prejudice to our other rights or remedies.  If the parties discover this Agreement was invalid at the time it was signed, we may, at our option, declare this Agreement null and void by giving you thirty (30) days' notice.  If a court, agency, or tribunal decides a covenant not to compete is too broad as to scope, time, or geographic area, the parties authorize the court, agency or tribunal to modify the covenant to the extent necessary to make it enforceable.

d.  No previous course of dealing or usage in the trade not specifically set forth in this Agreement will be admissible to explain, modify, or contradict this Agreement.

e.  The parties will give any notice required under this Agreement in writing, and will send it by a mail service which uses a tracking system that provides evidence of the date the notice is received, such as DHL Worldwide Express or Federal Express.   We will address notices to you at the Restaurant or at your home address until you designate a different address by written notice to us.  You must notify us of any address changes, including changes to your electronic mail address.  You will address notices to us to Subway International B.V., Prinsengracht 13, 1015 DK, Amsterdam, The Netherlands, until we designate a different address by written notice to you.  We and you will send required copies of all notices to the Attention of the Legal Department, Doctor's Associates Inc., 325 Bic Drive, Milford, CT 06461 USA.  Any notice will be deemed given at the date and time it is received, or refused, or delivery is made impossible by the intended recipient.

f.  If your payment is more than one (1) week late you will pay a late fee equal to ten percent (10%) (or the maximum rate allowed by law, if lower) on any Royalty, advertising contributions, or other charges you will owe us under this Agreement.  Also, you will pay interest on all your past-due accounts at the maximum rate allowed by law in the jurisdiction in which our principal office is located or the Restaurant is located, whichever is higher.

g.  You must immediately notify us of any infringement of or challenge to your use of any of the Marks, or claim by any person of any rights in any of the Marks.  We will indemnify you for all damages for which you are held liable in any proceeding arising out of the use of any of the Marks in compliance with this Agreement, provided you notify us promptly, cooperate in the defense of the claim, and allow us or our Affiliate to control the defense of the action.  In some countries, we are aware of prior registrations of the trademark SUBWAY and third parties owning trademarks that may supersede our use of the Marks, which are disclosed in Item 13 of the Offering Circular.  We cannot guarantee that you will have the right to use the Marks in these countries, or that you will not have to share use of the trademark SUBWAY with third parties in these countries.  If a third party challenges any of the Marks claiming infringement of alleged prior or superior rights in the Mark, we will have the option and right to modify or discontinue use of the Mark and adopt substitute Marks in your geographical business areas and in other areas we select.  Our liability to you under such circumstances will be limited to your cost to replace signs and store advertising materials.  You acknowledge and agree we and our Affiliates have the exclusive right to pursue any trademark infringement claims against third parties.  You waive the benefit of any applicable local law granting you enforcement rights.

h.  If we terminate this Agreement and we must purchase the Restaurant's equipment, leasehold improvements, or both, under any applicable local law, rule, regulation, or court decision, the purchase price will be the original cost, less depreciation and amortization, based on a five (5) year life under the straight-line method.

i.  If the landlord terminates the lease for the Restaurant and an arbitrator or court determines you did not breach the Sublease and it was our fault or our Affiliate's fault the landlord terminated the lease, our obligation to you will be limited to the original cost of your leasehold improvements, less depreciation based on a five (5) year life under the straight-line method.  We will pay you when you reopen the Restaurant in a new location.  If the

13

EXHIBIT "17"

Store # __41704__

Inv # _____

## DEBIT AUTHORIZATION FORM

*(Please complete parts 1 to 5 to authorize Subway International and HSBC Bank to debit directly from your account)*

To
**Subway International BV (SIBV)**
Attn Ms Carol Peterson, A-R Supervisor
325 Bic Drive
Milford, CT 06460 USA

And

**HSBC Bank plc**
Attn Ms Angeliki Mamilou
109-111 Messoghion Ave
Athens 115 26
Greece

ROY/FAF-STORE # __41704__

1. Name of Account Holder(s) ...TATIANI - FOTINI MAFIDI AND CO....

2. Account Holder(s) Address ...HERONIAS 16-18 PATRAS 264 43...
   ...GREECE...

3. HSBC Bank Account Number....O.0.4 - 0.0.2911 - 1.4.0...

4. Each order given by you on a weekly basis to HSBC Bank plc for the latter to debit our account shall be treated as if we had given to HSBC Bank plc the relevant order to debit our account and credit yours.

5. This authorization is to remain valid and effective until revoked by us.

Date ....................

Signature(s) ..........
ΤΑΤΙΑΝΗ - ΦΩΤΕΙΝΗ ΜΑΦΙΔΗ & ΣΙΑ Ε.Ε.
ΕΣΤΙΑΤΟΡΙΑ - ΣΝΑΚ ΜΠΑΡ
ΧΑΙΡΩΝΕΙΑΣ 16-18 - ΠΑΤΡΑ 264 43
ΑΦΜ: 998686690 - ΔΟΥ Α' ΠΑΤΡΩΝ
ΤΗΛ 2610 437921

Note: If more than one signature is required to authorize an item, then more than one authorizer must sign this form.

---

(For Bank Use Only)

Date Received 29 DEC 06          BANK STAMP

Date Recorded 29 DEC 06

Recorded By C. STABOLAS

HSBC ◆X◆
HSBC Bank plc

```
              Doctor's Associates Inc.
                   325 Bic Drive
                  Milford, CT 06461                    EXHIBIT "18"
```

```
INVOICE STATEMENT                    Customer Number :      41704
Week Ending: 2008-11-04              Coordinator Num :        822
                                     Statement Num   :    3201142
                                     Statement Date  :   11/06/08
                                     Purchase Order  :
                                     Company         :     RY


   D Mafidis & T Foteini-Mafidi
   Syghrou 22
   Kaleshroy 1
   ATHENS,    10563


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
         ITEM    DESCRIPTION                QUANTITY        AMOUNT
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
         9990    LEGAL CHG/ADRC-FF/COLLECTIONS        1          449.51
                                                           _____

                 Total Line Items :      1                      449.51


          THIS IS NOT AN INVOICE - PLEASE DO NOT PAY
     THIS TRANSACTION WILL BE REFLECTED ON YOUR PRE-AUTHORIZED ACCOUNT
```